Stephen G. Recordon (SBN 91401)
**RECORDON & RECORDON**
225 Broadway, Suite 1900
San Diego, CA  92101
Telephone: (619) 232-1717
Facsimile: (619) 232-1382
sgrecordon@aol.com

Clinton Rooney (SBN 221628)
**ROONEY & LICKEL**
1102 Cesar Chavez Parkway
San Diego, CA 92113
Telephone: (619) 573-9547
Facsimile: (619) 546-0792
rooneycdi@gmail.com

Attorneys for MARIA CAUDILLO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| MARIA CAUDILLO,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | Case No:  **'12CV200 IEG RBB**<br><br>**COMPLAINT FOR VIOLATIONS OF THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT AND VIOLATIONS OF THE ROSENTHAL ACT** |
|---|---|

## INTRODUCTION

1.     Plaintiff Maria Caudillo, through her counsel, brings this action to challenge the acts of Portfolio Recovery Associates, LLC (hereinafter "PRA") regarding attempts by PRA to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

2.     Plaintiff makes these allegations on information and belief, with the exception of those allegations that pertain to a plaintiff, or to a plaintiff's counsel, which Plaintiff alleges on personal knowledge.

/ / /

1
COMPLAINT

3.    While many violations are described below with specificity, this Complaint alleges violations of the statutes cited in their entirety.

4.    Any violations by Defendants were knowing, willful, and intentional, and Defendants did not maintain procedures reasonably adapted to avoid any such violation.

## JURISDICTION AND VENUE

5.    Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331, 15 U.S.C. § 1692(k), and 28 U.S.C. § 1367 for supplemental state claims.

6.    This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. ("FDCPA") and the Rosenthal Fair Debt Collection Practices Act, California Civil Code §§ 1788-1788.32 ("Rosenthal Act").

7.    As PRA does business in the State of California, and committed the acts that form the basis for this suit with the intent to cause effects in the State of California, this Court has personal jurisdiction over PRA for purposes of this action.

8.    Venue is proper as PRA does business in the County of San Diego, the acts at issue took place in the County of San Diego, and PRA has a business location in the County of San Diego, in the central district of San Diego.

## PARTIES

9.    Plaintiff is a natural person, an adult, as defined in California Civil Code § 1761(g), and resides in San Diego County, California.

10.    Plaintiff is informed and believes and thereon alleges that Defendant PRA is a Delaware limited liability company, based in Virginia and doing business in the State of California.

11.    Defendant PRA is a person who uses an instrumentality of interstate commerce or the mails in a business the principal purpose of which is the collection of debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is therefore a debt collector as

2
COMPLAINT

1   that phrase is defined by 15 U.S.C. § 1692a(6).

2       12.    Defendant PRA, in the ordinary course of business, regularly, on behalf
3   of himself, himself, or others, engages in debt collection as that term is defined by
4   California Civil Code § 1788.2(b), is therefore a debt collector as that term is defined
5   by California Civil Code § 1788.2(c).

6       13.    Defendant PRA claims that Plaintiff is obligated to pay a debt, and
7   therefore Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

8       14.    Plaintiff is a natural person from whom a debt collector sought to collect
9   a consumer debt which was due and owing or alleged to be due and owing from
10  Plaintiff, and is a "debtor" as that term is defined by California Civil Code §
11  1788.2(h).

12      15.    This case involves money, property or their equivalent, due or owing or
13  alleged to be due or owing from a natural person by reason of a consumer credit
14  transaction. As such, this action arises out of a consumer debt and "consumer credit"
15  as those terms are defined by Cal. Civ. Code § 1788.2(f).

16                    **FACTS COMMON TO ALL CAUSES OF ACTION**

17      16.    On July 21, 2011, PRA filed a complaint ("State Court Complaint") in
18  the Superior Court of California for the County of San Diego against Ms. Caudillo, in
19  the matter of <u>Portfolio Recovery Associates, LLC v Maria Caudillo</u>, et al, case
20  number 37-2011-00077933-CL-CL-SC.

21      17.    A copy of this July 21, 2011 State Court Complaint is attached as
22  Exhibit A.

23      18.    In the above State Court Complaint, later served on Ms. Caudillo, PRA
24  alleged that PRA furnished "purchases and/or cash advances" to Ms. Caudillo on a
25  credit card account issued by PRA, and that PRA was entitled to an award of
26  attorney's fees.

27  / / /
28  / / /

1     19.    In fact, PRA did not ever furnish "purchases and/or cash advances" to

2  Ms. Caudillo on any credit card, nor did PRA issue any credit card to Ms. Caudillo,

3  and PRA had no legal basis to request attorney's fees.

4        **ALLEGATIONS SPECIFIC TO CERTAIN CAUSES OF ACTION**

5                **FIRST CLAIM FOR RELIEF**

6             **(Violations of the FDCPA by PRA)**

7     20.    Plaintiff re-alleges and incorporates herein by reference the allegations

8  contained in the paragraphs above.

9     21.    Defendant PRA violated the FDCPA. Defendant's violations include, but

10  are not limited to the *following*:

11     a.    *15 U.S.C. §1692e* by making a false, deceptive or misleading

12        misrepresentation in the collection of a debt;

13     b.    *15 U.S.C. §1692e(2)* by misrepresenting the character, amount and legal

14        status of a debt;

15     c.    *15 U.S.C.§1692e(5)* by threatening to take an action that cannot legally

16        be taken or was not intended to be taken;

17     d.    *15 U.S.C. §1692e(10)* by use of a false representation or deceptive means

18        to collect a debt;

19     e.    *15 U.S.C. §1692f(1)* by collection of an amount not expressly authorized

20        by an agreement creating a debt, or by law.

21     22.    Plaintiff is entitled to actual damages sustained as a result of Defendant's

22  conduct, in an amount according to proof; to statutory damages of $1,000; costs of

23  the action; and reasonable attorney's fees, all pursuant to *15 U.S.C. §1692k.*

24              **SECOND CLAIM FOR RELIEF**

25          **(Violations of the Rosenthal Act by PRA)**

26     23.    Plaintiff repeats, re-alleges, and incorporates by reference all the

27  allegations contained in the paragraphs above.

28  / / /

24.   Based on information and belief, Defendant PRA's acts and omissions violated *California Civil Code § 1788 et seq*, including, but not limited to the following sections: *California Civil Code §§ 1788.17* and *1788.13*.

25.   Based on information and belief, Defendant's violations of *California Civil Code § 1788.17*, which incorporates several of the provisions of the FDCPA, include, but are not limited to, the following: Defendant's violations include, but are not limited to the *following*:

    a.    *15 U.S.C. §1692e* by making a false, deceptive or misleading misrepresentation in the collection of a debt;

    b.    *15 U.S.C. §1692e(2)* by misrepresenting the character, amount and legal status of a debt;

    c.    *15 U.S.C.§1692e(5)* by threatening to take an action that cannot legally be taken or was not intended to be taken;

    d.    *15 U.S.C. §1692e(10)* by use of a false representation or deceptive means to collect a debt;

    e.    *15 U.S.C. §1692f(1)* by collection of an amount not expressly authorized by an agreement creating a debt, or by law.

26.   Defendant also violated the Rosenthal Act at Civil Code § 1788.13 by making a false representation that the debt alleged may be increased by the addition of attorney's fees, when in fact no such fees may legally be charged.

27.   Defendants' violations of the Rosenthal Act were willful and knowing, thereby entitling Plaintiff to statutory damages pursuant to *Civil Code § 1788.30(b)*.

28.   As a proximate result of the violations of the Rosenthal Act committed by Defendant, Plaintiff is entitled to any actual damages pursuant to California Civil Code § 1788.30(a); statutory damages in an amount up to $1,000.00 each pursuant to California Civil Code § 1788.30(b); and, reasonable attorney's fees and costs pursuant to California Civil Code § 1788.30(c) from Defendant.

/ / /

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that judgment be entered against Defendant PRA, and pray for the following relief:

1. An award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against Defendant PRA and for Plaintiff;

2. An award of statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A) against Defendant PRA and for Plaintiff;

3. An award of actual damages pursuant to California Civil Code § 1788.30(a) against Defendant PRA and for Plaintiff;

4. An award of statutory damages of $1,000.00 pursuant to California Civil Code § 1788.30(b) against Defendant PRA and for Plaintiff;

5. An award of an additional $2,000.00 in statutory damages pursuant to California Civil Code §§ 3345;

6. An award of costs of litigation and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3) and California Civil Code § 1788.30(c) against Defendant PRA; and

7. Such other and further relief this court may deem just and proper.

Respectfully submitted,

Dated: January 25, 2012

s/Stephen G. Recordon
Attorney for Plaintiff
E-mail: sgrecordon@aol.com

# EXHIBIT A

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>CIR LAW OFFICES, LLP<br>MICHAEL J. MIXER, Esq.                     Bar#: 99073<br>TARA MUREN, Esq.                              Bar#: 260154<br>8665 GIBBS DR STE 150, SAN DIEGO CA 92123      File No.: 355814-6<br>TELEPHONE NO: (800)-496-8909      FAX NO. *(Optional)* (858)-496-5977<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* PORTFOLIO RECOVERY ASSOCIATES, LLC | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO
  STREET ADDRESS: 500 THIRD AVE
  MAILING ADDRESS: 500 THIRD AVE
  CITY AND ZIP CODE: CHULA VISTA CA 91910
  BRANCH NAME: SOUTH COUNTY JUD. DISTRICT

PLAINTIFF: PORTFOLIO RECOVERY ASSOCIATES, LLC

DEFENDANT: MARIA CAUDILLO

[X] DOES 1 TO 10

|  CONTRACT  |  |
|---|---|
| [X] COMPLAINT | [ ] AMENDED COMPLAINT *(Number):* |
| [ ] CROSS-COMPLAINT | [ ] AMENDED CROSS-COMPLAINT *(Number):* |

| Jurisdiction (check all that apply):<br>[X] ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded   [X] does not exceed $10,000<br>                   [ ] exceeds $10,000 but does not exceed $25,000<br>[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>       [ ] from limited to unlimited<br>       [ ] from unlimited to limited | CASE NUMBER:<br><br>37-2011-00077933-CL-CL-SC |
|---|---|

1. **Plaintiff*** *(name or names):*
   PORTFOLIO RECOVERY ASSOCIATES, LLC

   alleges causes of action against defendant* *(name or names):*
   MARIA CAUDILLO

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. a. Each plaintiff named above is a competent adult
      [X] except plaintiff *(name):* PORTFOLIO RECOVERY ASSOCIATES, LLC
         (1) [X] limited liability company
         (2) [ ] an unincorporated entity *(describe):*
         (3) [ ] other *(specify):*

   b. [ ] Plaintiff *(name):*
         a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

         b. [ ] has complied with all licensing requirements as a licensed *(specify):*
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      [ ] except defendant *(name):*                              [ ] except defendant *(name):*
         (1) [ ] a business organization, form unknown            (1) [ ] a business organization, form unknown
         (2) [ ] a corporation                                    (2) [ ] a corporation
         (3) [ ] an unincorporated entity *(describe):*           (3) [ ] an unincorporated entity *(describe):*

         (4) [ ] a public entity *(describe):*                    (4) [ ] a public entity *(describe):*

         (5) [ ] other *(specify):*                               (5) [ ] other *(specify):*

                    * If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC  v. MARIA CAUDILLO | |

4.  *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
   (1) ☒ Doe defendants *(specify Doe numbers):* 1 TO 10 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
   (2) ☒ Doe defendants *(specify Doe numbers):* 1 TO 10 _____ are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, *or*
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☐ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☒ a defendant lives here now.
   d. ☐ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   ☐ Breach of Contract
   ☒ Common Counts
   ☐ Other *(specify):*

9. ☐ Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. ☒ damages of: $  4,845.61
   b. ☒ interest on the damages
      (1) ☒ according to proof
      (2) ☐ at the rate of *(specify):*        percent per year from *(date):*
   c. ☒ attorney's fees
      (1) ☐ of: $
      (2) ☒ according to proof.
   d. ☒ other *(specify):*
      For such other and further relief as the court may deem proper.

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 07/08/2011

CIR LAW OFFICES, LLP
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]      **COMPLAINT—Contract**      Page 2 of 2

PLD-C-001(2)

| SHORT TITLE:<br>PORTFOLIO RECOVERY ASSOCIATES,  LLC  v.  MARIA CAUDILLO | CASE NUMBER: |
|---|---|

2ND _____    **CAUSE OF ACTION—Common Counts**
   (number)

ATTACHMENT TO   [X] Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* PORTFOLIO RECOVERY ASSOCIATES,  LLC

    alleges that defendant *(name):* MARIA CAUDILLO

    became indebted to   [X] plaintiff   ☐ other *(name):*

    a.  [X] within the last four years
         (1) [X] on an open book account for money due.
         (2) [X] because an account was stated in writing by and between plaintiff and defendant in which it
              was agreed that defendant was indebted to plaintiff.

    b.  [X] within the last   ☐ two years   [X] four years
         (1) ☐ for money had and received by defendant for the use and benefit of plaintiff, for work, labor,
         (2) ☐ services and materials rendered at the special instance and request of defendant and for which
              defendant promised to pay plaintiff
              ☐ the sum of $
              ☐ the reasonable value.
         (3) [X] for goods, wares, and merchandise sold and delivered to defendant and for which defendant
              promised to pay plaintiff
              [X] the sum of $   4,845.61
              ☐ the reasonable value.
         (4) [X] for money lent by plaintiff to defendant at defendant's request.
         (5) ☐ for money paid, laid out, and expended to or for defendant at defendant's special instance and
              request.
         (6) ☐ other *(specify):*
              for credit card purchases and/or cash advances on the credit account issued by
              Plaintiff for which Defendant was billed monthly and failed to dispute as required
              under the Federal Fair Billing Act applicable to such account (IS USC Section
              et Seq.)

CC-2. $   4,845.61                 , which is the reasonable value, is due and unpaid despite plaintiff's demand,
    plus prejudgment interest   [X] according to proof   ☐ at the rate of _____ percent per year
    from *(date):*

CC-3. [X] Plaintiff is entitled to attorney fees by an agreement or a statute
           ☐ of $
           [X] according to proof.

CC-4. ☐ Other:

Page _____ 4

Page 1 of 1

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001(2) [Rev  January 1, 2007]

**CAUSE OF ACTION—Common Counts**

Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov

American LegalNet, Inc.<br>www.FormsWorkflow.com

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MARIA CAUDILLO

**DEFENDANTS**
PORTFOLIO RECOVERY ASSOCIATES, LLC

**(b)** County of Residence of First Listed Plaintiff   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Stephen G. Recordon (CSB 91401) 225 Broadway, Ste. 1900, San Diego, CA 92101 (619) 232-1717

Attorneys (If Known)

'12CV200   IEG   RBB

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 | U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § 1692
Brief description of cause:
Violations of the Fair Debt Collection Practices Act and violations of the Rosenthal Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE

DOCKET NUMBER

DATE
01/25/2012

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE